Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:19-bk-15638-SY AS OF 3/31/2023

VERONICA MURGA
17378 RIVA RIDGE DRIVE
MORENO VALLEY, CA 92555

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/07/23 | $862.00 | 03/2023 | $862.00 |
| 02/06/23 | $862.00 | 02/2023 | $862.00 |
| 01/05/23 | $862.00 | 01/2023 | $862.00 |
| 12/05/22 | $862.00 | 12/2022 | $862.00 |
| 11/04/22 | $862.00 | 11/2022 | $862.00 |
| 10/05/22 | $862.00 | 10/2022 | $862.00 |
| 09/06/22 | $862.00 | 09/2022 | $862.00 |
| 08/04/22 | $862.00 | 08/2022 | $862.00 |
| 07/06/22 | $862.00 | 07/2022 | $862.00 |
| 06/07/22 | $862.00 | 06/2022 | $862.00 |
| 05/05/22 | $862.00 | 05/2022 | $862.00 |
| 04/04/22 | $862.00 | 04/2022 | $862.00 |

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: | 06/28/2019 | MONTHLY PLAN PMT AMT: $862.00 | FEES PAID TO ATTY: $3,490.00 |
| 1ST MEETING DATE: | 07/31/2019 | GROSS RECEIPTS: $38,688.00 | FEES PAID TO TRUSTEE: $2,416.34 |
| CONFIRMATION DATE: | 09/10/2019 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $32,730.83 | BALANCE ON HAND: $50.83 |
| PERCENT TO UNSEC.: | 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $3,490.00 | $3,490.00 | $3,490.00 | $0.00 | $0.00 |
| 0001 | FORD MOTOR CREDIT COMPANY, L | SECURED | 4.00 | $23,119.00 | $22,566.84 | $22,566.84 | $1,392.34 | $0.00 |
| 0002 | PHH MORTGAGE | SECURED | 0.00 | $165,508.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | TOYOTA FINANCIAL SERVICES | SECURED | 0.00 | $8,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $1,947.00 | $1,966.84 | $1,966.84 | $0.00 | $0.00 |
| 0005 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $1,604.00 | $1,623.63 | $1,623.63 | $0.00 | $0.00 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $1,543.00 | $1,753.64 | $622.76 | $0.00 | $1,130.88 |
| 0007 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $124.00 | $156.12 | $55.44 | $0.00 | $100.68 |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $2,168.00 | $2,139.39 | $759.75 | $0.00 | $1,379.64 |
| 0009 | CAPITAL ONE, N.A. | UNSECURED | 0.00 | $398.00 | $398.44 | $141.50 | $0.00 | $256.94 |
| 0010 | US DEPARTMENT OF EDUCATION/M | UNSECURED | 0.00 | $23,764.00 | $88,580.17 | $0.00 | $0.00 | $0.00 |
| 0011 | MOHELA/DEPT OF EDUCATION | UNSECURED | 0.00 | $21,726.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | MOHELA/DEPT OF EDUCATION | UNSECURED | 0.00 | $22,445.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | MOHELA/DEPT OF EDUCATION | UNSECURED | 0.00 | $20,246.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | PERSOLVE, LLC | UNSECURED | 0.00 | $6,686.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $267.00 | $267.85 | $80.84 | $0.00 | $187.01 |
| 0016 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $285.00 | $316.99 | $112.57 | $0.00 | $204.42 |
| 0017 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,508.00 | $1,585.21 | $562.95 | $0.00 | $1,022.26 |
| 0018 | WORLDSWIDE ASSET PURCHASING | UNSECURED | 0.00 | $24,357.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $649.92 | $230.80 | $0.00 | $419.12 |
| 0020 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $836.31 | $296.99 | $0.00 | $539.32 |
| 0021 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 0.00 | $0.00 | $76.58 | $19.03 | $0.00 | $57.55 |
| 0022 | QUANTUM3 GROUP LLC | SECURED | 0.00 | $0.00 | $30,579.64 | $0.00 | $0.00 | $0.00 |
| 0023 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $0.00 | $244.19 | $73.70 | $0.00 | $170.49 |
| 0024 | CACH, LLC | UNSECURED | 0.00 | $0.00 | $6,156.55 | $2,186.35 | $0.00 | $3,970.20 |
| 10004 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $127.55 | $38.50 | $0.00 | $89.05 |
| 10005 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $24.12 | $0.00 | $0.00 | $24.12 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED\*:** | | | **$9,551.68** |

\* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL . IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS. TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.