Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:19-bk-15638-SY  AS OF 3/29/2024

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/06/24 | $862.00 | 03/2024 | $862.00 |
| 02/21/24 | $33.45 | 02/2024 | $895.45 |
| 02/05/24 | $862.00 | 01/2024 | $862.00 |
| 01/05/24 | $862.00 | 12/2023 | $862.00 |
| 12/05/23 | $862.00 | 11/2023 | $862.00 |
| 11/06/23 | $862.00 | 10/2023 | $862.00 |
| 10/05/23 | $862.00 | 09/2023 | $862.00 |
| 09/05/23 | $862.00 | 08/2023 | $862.00 |
| 08/04/23 | $862.00 | 07/2023 | $1,560.83 |
| 07/27/23 | $698.83 | 06/2023 | $862.00 |
| 07/06/23 | $862.00 | 05/2023 | $862.00 |
| 06/06/23 | $862.00 | 04/2023 | $862.00 |

VERONICA MURGA
17378 RIVA RIDGE DRIVE
MORENO VALLEY, CA  92555

CURRENT CASE DISPOSITION: AUDIT FOR COMPLETION PENDING FR

| | | | |
|---|---|---|---|
| FILING DATE: 06/28/2019 | MONTHLY PLAN PMT AMT: $862.00 | FEES PAID TO ATTY: | $3,490.00 |
| 1ST MEETING DATE: 07/31/2019 | GROSS RECEIPTS: $49,764.28 | FEES PAID TO TRUSTEE: | $3,495.52 |
| CONFIRMATION DATE: 09/10/2019 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: | $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $42,282.51 | BALANCE ON HAND: | $496.25 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $3,490.00 | $3,490.00 | $3,490.00 | $0.00 | $0.00 |
| 0001 | FORD MOTOR CREDIT COMPANY, L | SECURED | 4.00 | $23,119.00 | $22,566.84 | $22,566.84 | $1,392.34 | $0.00 |
| 0002 | PHH MORTGAGE | SECURED | 0.00 | $165,508.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | TOYOTA FINANCIAL SERVICES | SECURED | 0.00 | $8,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $1,947.00 | $1,966.84 | $1,966.84 | $0.00 | $0.00 |
| 0005 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $1,604.00 | $1,623.63 | $1,623.63 | $0.00 | $0.00 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $1,543.00 | $1,753.64 | $1,753.64 | $0.00 | $0.00 |
| 0007 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $124.00 | $156.12 | $156.12 | $0.00 | $0.00 |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $2,168.00 | $2,139.39 | $2,139.39 | $0.00 | $0.00 |
| 0009 | CAPITAL ONE, N.A. | UNSECURED | 0.00 | $398.00 | $398.44 | $398.44 | $0.00 | $0.00 |
| 0010 | US DEPARTMENT OF EDUCATION/M | UNSECURED | 0.00 | $23,764.00 | $88,580.17 | $0.00 | $0.00 | $0.00 |
| 0011 | MOHELA/DEPT OF EDUCATION | UNSECURED | 0.00 | $21,726.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | MOHELA/DEPT OF EDUCATION | UNSECURED | 0.00 | $22,445.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | MOHELA/DEPT OF EDUCATION | UNSECURED | 0.00 | $20,246.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | PERSOLVE, LLC | UNSECURED | 0.00 | $6,686.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $267.00 | $267.85 | $267.85 | $0.00 | $0.00 |
| 0016 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $285.00 | $316.99 | $316.99 | $0.00 | $0.00 |
| 0017 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,508.00 | $1,585.21 | $1,585.21 | $0.00 | $0.00 |
| 0018 | WORLDSWIDE ASSET PURCHASING | UNSECURED | 0.00 | $24,357.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $649.92 | $649.92 | $0.00 | $0.00 |
| 0020 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $836.31 | $836.31 | $0.00 | $0.00 |
| 0021 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 0.00 | $0.00 | $76.58 | $76.58 | $0.00 | $0.00 |
| 0022 | QUANTUM3 GROUP LLC | SECURED | 0.00 | $0.00 | $30,579.64 | $0.00 | $0.00 | $0.00 |
| 0023 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $0.00 | $244.19 | $244.19 | $0.00 | $0.00 |
| 0024 | CACH, LLC | UNSECURED | 0.00 | $0.00 | $6,156.55 | $6,156.55 | $0.00 | $0.00 |
| 10004 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $127.55 | $127.55 | $0.00 | $0.00 |
| 10005 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $24.12 | $24.12 | $0.00 | $0.00 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$0.00** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.