Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>VERONICA MURGA<br><br>Debtor(s). | Case No.: 6:19-bk-15638-SY<br><br>DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT AND REQUEST FOR DISCHARGE OF DEBTOR(S) WHERE APPROPRIATE |

On <u>04/11/2024</u>, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

The debtor(s) having completed payments under the term of the confirmed plan and no party in interest having objected to the "Notice of Filing of Trustee's Final Report & Account (except as noted above)," I request that the debtor(s) be granted a discharge pursuant to 11 USC 1328, if the debtor has complied with all chapter 13 requirements and is otherwise eligible for a discharge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  at Riverside, California.

Dated: <u>07/03/2024</u>

                                                  /s/ Rod Danielson
                                                      Signature

FG:64 - 07/03/2024 - TH

27

28