**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**6 DIVISION**

| | |
|---|---|
| In re:<br><br>VERONICA MURGA<br><br>Debtor(s) | Case No. 6:19-bk-15638-SY |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Rod Danielson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/28/2019.

2) The plan was confirmed on 09/10/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/06/2024.

6) Number of months from filing or conversion to last payment: 56.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $181,079.89.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $51,488.28 |
| Less amount refunded to debtor | $2,275.39 |
| **NET RECEIPTS:** | **$49,212.89** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,490.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,440.38 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,930.38** |

Attorney fees paid and disclosed by debtor:    $1,510.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CACH, LLC | Unsecured | NA | 6,156.55 | 6,156.55 | 6,156.55 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 1,543.00 | 1,753.64 | 1,753.64 | 1,753.64 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 398.00 | 398.44 | 398.44 | 398.44 | 0.00 |
| FORD MOTOR CREDIT COMPANY, LL | Secured | 23,119.00 | 22,566.84 | 22,566.84 | 22,566.84 | 1,392.34 |
| FRANCHISE TAX BOARD | Priority | 1,947.00 | 1,966.84 | 1,966.84 | 1,966.84 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 127.55 | 127.55 | 127.55 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 24.12 | 24.12 | 24.12 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,604.00 | 1,623.63 | 1,623.63 | 1,623.63 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 2,168.00 | 2,139.39 | 2,139.39 | 2,139.39 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 649.92 | 649.92 | 649.92 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 836.31 | 836.31 | 836.31 | 0.00 |
| MOHELA/DEPT OF EDUCATION | Unsecured | 21,726.00 | NA | NA | 0.00 | 0.00 |
| MOHELA/DEPT OF EDUCATION | Unsecured | 22,445.00 | NA | NA | 0.00 | 0.00 |
| MOHELA/DEPT OF EDUCATION | Unsecured | 20,246.00 | NA | NA | 0.00 | 0.00 |
| PERSOLVE, LLC | Unsecured | 6,686.00 | NA | NA | 0.00 | 0.00 |
| PHH MORTGAGE | Secured | 165,508.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | NA | 76.58 | 76.58 | 76.58 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 267.00 | 267.85 | 267.85 | 267.85 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 285.00 | 316.99 | 316.99 | 316.99 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,508.00 | 1,585.21 | 1,585.21 | 1,585.21 | 0.00 |
| QUANTUM3 GROUP LLC | Secured | NA | 30,579.64 | 30,579.64 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 124.00 | 156.12 | 156.12 | 156.12 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | NA | 244.19 | 244.19 | 244.19 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Secured | 8,400.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION/MO | Unsecured | 23,764.00 | 88,580.17 | 88,580.17 | 0.00 | 0.00 |
| WORLDSWIDE ASSET PURCHASING, | Unsecured | 24,357.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $53,146.48 | $22,566.84 | $1,392.34 |
| **TOTAL SECURED:** | **$53,146.48** | **$22,566.84** | **$1,392.34** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,590.47 | $3,590.47 | $0.00 |
| **TOTAL PRIORITY:** | **$3,590.47** | **$3,590.47** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$103,313.03** | **$14,732.86** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,930.38 |
| Disbursements to Creditors | $42,282.51 |
| **TOTAL DISBURSEMENTS :** | **$49,212.89** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/03/2024         By:  _____
                                Rod Danielson, Chapter 13 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

| In re:   **VERONICA MURGA** | **Chapter: 13** |
|---|---|
| Debtor | Case Number: **6:19-bk-15638-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **07/03/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**US Trustee: ustpregion16.rs.ecf@usdoj.gov**
**BEN@HESTONLAW.COM**

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **07/03/2024** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

VERONICA MURGA
17378 RIVA RIDGE DRIVE
MORENO VALLEY, CA  92555

HESTON & HESTON,
ATTORNEYS AT LAW
19700 FAIRCHILD RD, STE 280
IRVINE, CA  92612

☐ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

**UST Form 101-13-FR-S (09/01/2009)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/03/2024 | Tony Ho | *Tony Ho* |
| Date | Type Name | Tony Ho |

**UST Form 101-13-FR-S (09/01/2009)**

| In re: **VERONICA MURGA** | **Chapter: 13** |
|---|---|
| Debtor | Case Number: **6:19-bk-15638-SY** |

## PROOF OF SERVICE OF DOCUMENT CONTINUED

CACH, LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC  28272-1083

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA  19355

FORD MOTOR CREDIT COMPANY, LLC
DEPT 55953
PO BOX 55000
DETROIT, MI  48255-0953

FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA  95812-2952

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA  19101-7317

JPMORGAN CHASE BANK NA
PO BOX 15368
WILMINGTON, DE  19850

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

MOHELA/DEPT OF EDUCATION
633 SPIRIT DRIVE
CHESTERFIELD, MO  63005

PERSOLVE, LLC
9301 CORBIN AVENUE STE 1600
NORTHRIDGE, CA  91324

PHH MORTGAGE
PO BOX 5452
MT LAUREL, NJ  08054-5452

PINNACLE CREDIT SERVICES LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA  23541

QUANTUM3 GROUP LLC
AS AGENT FOR LOAN PAL
PO BOX 788
KIRKLAND, WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND, WA  98083-0788

TOYOTA FINANCIAL SERVICES
PO BOX 4102
CAROL STREAM, IL  60197

US DEPARTMENT OF EDUCATION/MOHELA
PO BOX 790233
ST. LOUIS, MO  63179

WORLDSWIDE ASSET PURCHASING, LLC
C/O WINN LAW GROUP, APC
110 W. WILSHIRE AVENUE, STE. 212
FULLERTON, CA  92832

**UST Form 101-13-FR-S (09/01/2009)**