United States Bankruptcy Court

Central District of California

| In re: | Case No. 19-15638-SY |
|---|---|
| Veronica Murga | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: van111 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Veronica Murga, 17378 Riva Ridge Drive, Moreno Valley, CA 92555-7901 |
| 39645886 | + | Levying Officer, Sheriff's Department, 1427 West Covina Pkwy., RM 127, RIC1505084, West Covina, CA 91790-2728 |
| 39645888 | + | Persolve, LLC, 9301 Corbin Avenue Ste 1600, Northridge, CA 91324-2515 |
| 39645889 | + | Riverside County Sheriff's Office, Sheriff's Civil Division - West, 4095 Lemon Street, 4th Floor, 20191042240, Riverside, CA 92501-3688 |
| 39645890 | + | Superior Court of California, County of Riverside, 4050 Main Street, RIC1505084, Riverside, CA 92501-3702 |
| 39645891 | + | Superior Court of California, County of Los Angeles, 111 North Grand Avenue, 05K15170, Los Angeles, CA 90012-3004 |
| 39645896 | + | Worldswide Asset Purchasing, LLC, c/o Winn Law Group, APC, 110 W. Wilshire Avenue, Ste. 212, Fullerton, CA 92832-1824 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 04 2024 01:06:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 39780578 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 04 2024 01:16:44 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39645879 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2024 01:03:07 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 39722377 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2024 01:15:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 39745430 | | Email/PDF: bncnotices@becket-lee.com | Jul 04 2024 01:16:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 39645880 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 04 2024 01:06:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 39945908 | | Email/Text: EBNBKNOT@ford.com | Jul 04 2024 01:07:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 39843933 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 04 2024 01:07:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 39645881 | + | Email/Text: EBNBKNOT@ford.com | Jul 04 2024 01:07:00 | Ford Credit, PO Box 552679, Detroit, MI 48255-2679 |
| 39645882 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 04 2024 01:07:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 39645883 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 04 2024 01:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39645884 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 04 2024 01:16:36 | JMPCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 39695311 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 04 2024 01:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

Case 6:19-bk-15638-SY    Doc 44    Filed 07/05/24    Entered 07/05/24 21:17:45    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: van111 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 39645885 | + | Email/Text: PBNCNotifications@peritusservices.com Jul 04 2024 01:06:00 | | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 39659526 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 04 2024 01:27:19 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39645887 | | Email/Text: EBN@Mohela.com Jul 04 2024 01:06:00 | | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39655122 | | Email/Text: EBN@Mohela.com Jul 04 2024 01:06:00 | | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39780555 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 04 2024 01:27:14 | | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 39784649 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 04 2024 01:16:43 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 39773731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 04 2024 01:27:14 | | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 39662538 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 04 2024 01:16:57 | | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39708483 | | Email/Text: bnc-quantum@quantum3group.com Jul 04 2024 01:06:00 | | Quantum3 Group LLC as agent for, Loan Pal, PO Box 788, Kirkland, WA 98083-0788 |
| 39768048 | | Email/Text: bnc-quantum@quantum3group.com Jul 04 2024 01:06:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 39645892 | | Email/PDF: ais.sync.ebn@aisinfo.com Jul 04 2024 01:02:46 | | SYNBC/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 39645893 | | Email/PDF: ais.sync.ebn@aisinfo.com Jul 04 2024 01:04:11 | | SYNBC/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 39645894 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 04 2024 01:03:12 | | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39645895 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Jul 04 2024 01:06:00 | | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 39645897 | + | Email/Text: galaxybk@galaxyllc.net Jul 04 2024 01:06:00 | | Worldwide Asset Purchasing II, LLC, 4730 S. Fort Apache Road, Suite 300, Las Vegas, NV 89147-7947 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 39645878 | | c |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Jul 03, 2024 | Form ID: van111 | Total Noticed: 35

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Veronica Murga bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Veronica Murga
**SSN:** xxx−xx−2152
**EIN:** N/A
aka Veronica Diaz

17378 Riva Ridge Drive
Moreno Valley, CA 92555

**BANKRUPTCY NO.** 6:19−bk−15638−SY
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: July 3, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)

**42 / DR**