Certificate Number: 14912-CAC-DE-038740941

Bankruptcy Case Number: 19-15638



14912-CAC-DE-038740941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2024</u>, at <u>3:41</u> o'clock <u>PM EDT</u>, <u>Veronica Murga</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>August 6, 2024</u>          By:     <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>