United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 19-15638-SY

Veronica Murga                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: van110 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Veronica Murga, 17378 Riva Ridge Drive, Moreno Valley, CA 92555-7901 |
| 39645886 | + | Levying Officer, Sheriff's Department, 1427 West Covina Pkwy., RM 127, RIC1505084, West Covina, CA 91790-2728 |
| 39645888 | + | Persolve, LLC, 9301 Corbin Avenue Ste 1600, Northridge, CA 91324-2515 |
| 39645889 | + | Riverside County Sheriff's Office, Sheriff's Civil Division - West, 4095 Lemon Street, 4th Floor, 20191042240, Riverside, CA 92501-3688 |
| 39645890 | + | Superior Court of California, County of Riverside, 4050 Main Street, RIC1505084, Riverside, CA 92501-3702 |
| 39645891 | + | Superior Court of California, County of Los Angeles, 111 North Grand Avenue, 05K15170, Los Angeles, CA 90012-3004 |
| 39645896 | + | Worldswide Asset Purchasing, LLC, c/o Winn Law Group, APC, 110 W. Wilshire Avenue, Ste. 212, Fullerton, CA 92832-1824 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | | |
| | | | Aug 09 2024 00:16:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 39780578 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 09 2024 00:24:55 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39645879 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 09 2024 00:37:40 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 39722377 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 09 2024 00:23:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 39745430 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 09 2024 00:37:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 39645880 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 09 2024 00:16:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 39945908 | | Email/Text: EBNBKNOT@ford.com | | |
| | | | Aug 09 2024 00:17:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 39843933 | | Email/Text: BKBNCNotices@ftb.ca.gov | | |
| | | | Aug 09 2024 00:17:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 39645881 | + | Email/Text: EBNBKNOT@ford.com | | |
| | | | Aug 09 2024 00:17:00 | Ford Credit, PO Box 552679, Detroit, MI 48255-2679 |
| 39645882 | + | Email/Text: BKBNCNotices@ftb.ca.gov | | |
| | | | Aug 09 2024 00:17:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 39645883 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 09 2024 00:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39645884 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 09 2024 00:37:45 | JMPCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 39695311 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Aug 09 2024 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

District/off: 0973-6 | User: admin | Page 2 of 3
Date Rcvd: Aug 08, 2024 | Form ID: van110 | Total Noticed: 35

| | | | | |
|---|---|---|---|---|
| | | | | USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 39645885 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2024 00:16:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 39659526 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 00:37:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39645887 | | Email/Text: EBN@Mohela.com | Aug 09 2024 00:16:00 | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39655122 | | Email/Text: EBN@Mohela.com | Aug 09 2024 00:16:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39780555 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2024 00:37:43 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 39784649 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2024 00:37:07 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 39773731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2024 00:37:46 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 39662538 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 00:37:27 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39708483 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2024 00:16:00 | Quantum3 Group LLC as agent for, Loan Pal, PO Box 788, Kirkland, WA 98083-0788 |
| 39768048 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2024 00:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 39645892 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 09 2024 00:37:14 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 39645893 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 09 2024 00:37:16 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 39645894 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2024 00:37:30 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39645895 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 09 2024 00:16:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 39645897 | + | Email/Text: galaxybk@galaxyllc.net | Aug 09 2024 00:16:00 | Worldwide Asset Purchasing II, LLC, 4730 S. Fort Apache Road, Suite 300, Las Vegas, NV 89147-7947 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 39645878 | | c |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0973-6

Date Rcvd: Aug 08, 2024

User: admin

Form ID: van110

Page 3 of 3

Total Noticed: 35

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Veronica Murga bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

(Form van110–dbcrtn/dbcrtni VAN–110)
Rev. 12/09

# United States Bankruptcy Court
## Central District of California

### 3420 Twelfth Street, Riverside, CA 92501–3819

## NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**

Veronica Murga
aka Veronica Diaz
**SSN:** xxx–xx–2152
**EIN:** N/A

17378 Riva Ridge Drive
Moreno Valley, CA 92555

**BANKRUPTCY NO.** 6:19–bk–15638–SY
**CHAPTER** 13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above–captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14–days from the date of this notice:

1. File a written objection to entry of discharge;

2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and

3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

BY THE COURT,

Dated: August 8, 2024

**Kathleen J. Campbell**
Clerk of the Court