United States Bankruptcy Court

Central District of California

In re:  Case No. 19-15638-SY

Veronica Murga  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 3

Date Rcvd: Oct 04, 2024     Form ID: 3180W     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Veronica Murga, 17378 Riva Ridge Drive, Moreno Valley, CA 92555-7901 |
| 39645886 | + | Levying Officer, Sheriff's Department, 1427 West Covina Pkwy., RM 127, RIC1505084, West Covina, CA 91790-2728 |
| 39645888 | + | Persolve, LLC, 9301 Corbin Avenue Ste 1600, Northridge, CA 91324-2515 |
| 39645889 | + | Riverside County Sheriff's Office, Sheriff's Civil Division - West, 4095 Lemon Street, 4th Floor, 20191042240, Riverside, CA 92501-3688 |
| 39645890 | + | Superior Court of California, County of Riverside, 4050 Main Street, RIC1505084, Riverside, CA 92501-3702 |
| 39645891 | + | Superior Court of California, County of Los Angeles, 111 North Grand Avenue, 05K15170, Los Angeles, CA 90012-3004 |
| 39645896 | + | Worldswide Asset Purchasing, LLC, c/o Winn Law Group, APC, 110 W. Wilshire Avenue, Ste. 212, Fullerton, CA 92832-1824 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 05 2024 03:51:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 39780578 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 23:56:44 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39645879 | + | EDI: CAPITALONE.COM | Oct 05 2024 03:45:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 39722377 | | EDI: CAPITALONE.COM | Oct 05 2024 03:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 39745430 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2024 00:07:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 39645880 | + | EDI: WFNNB.COM | Oct 05 2024 03:45:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 39945908 | | Email/Text: EBNBKNOT@ford.com | Oct 04 2024 23:57:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 39843933 | | EDI: CALTAX.COM | Oct 05 2024 03:51:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 39645881 | + | Email/Text: EBNBKNOT@ford.com | Oct 04 2024 23:57:00 | Ford Credit, PO Box 552679, Detroit, MI 48255-2679 |
| 39645882 | + | EDI: CALTAX.COM | Oct 05 2024 03:51:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 39645883 | + | EDI: IRS.COM | Oct 05 2024 03:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39645884 | | EDI: JPMORGANCHASE | Oct 05 2024 03:45:00 | JMPCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 39695311 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 04 2024 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 39645885 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 04 2024 23:57:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 39659526 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 23:55:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39645887 | | Email/Text: EBN@Mohela.com | Oct 04 2024 23:57:00 | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39655122 | | Email/Text: EBN@Mohela.com | Oct 04 2024 23:57:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39780555 | | EDI: PRA.COM | Oct 05 2024 03:51:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 39784649 | | EDI: PRA.COM | Oct 05 2024 03:51:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 39773731 | | EDI: PRA.COM | Oct 05 2024 03:51:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 39662538 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2024 00:07:49 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39708483 | | EDI: Q3G.COM | Oct 05 2024 03:51:00 | Quantum3 Group LLC as agent for, Loan Pal, PO Box 788, Kirkland, WA 98083-0788 |
| 39768048 | | EDI: Q3G.COM | Oct 05 2024 03:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 39645892 | | EDI: SYNC | Oct 05 2024 03:45:00 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 39645893 | | EDI: SYNC | Oct 05 2024 03:45:00 | SYNCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 39645894 | | EDI: CITICORP | Oct 05 2024 03:45:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39645895 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 04 2024 23:57:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 39645897 | + | Email/Text: galaxybk@galaxyllc.net | Oct 04 2024 23:57:00 | Worldwide Asset Purchasing II, LLC, 4730 S. Fort Apache Road, Suite 300, Las Vegas, NV 89147-7947 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 39645878 | | c |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2024 | Form ID: 3180W | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Veronica Murga bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Veronica Murga<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2152<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Central District of California | | |
| Case number:   6:19–bk–15638–SY | | |

## Order of Discharge – Chapter 13                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Veronica Murga
aka Veronica Diaz

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/4/24

**Dated:** 10/4/24                              **By the court:**    Scott H. Yun
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

52/SM6

**For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**